IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Namita Goswami, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12 CV 7167 |
| | ) | |
| v. | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| DePaul University, Peg Birmingham, | ) | Jury Trial Demanded |
| and Elizabeth Rottenberg, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) WITHOUT COSTS OR FEES**

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Namita Goswami, by her attorneys, the Law Offices of Stuart D. Gordon, Choate Herschman LLC, and Karr and Eggert LLP, and Defendants DePaul University, Peg Birmingham, Ph.D., and Elizabeth Rottenberg, Ph.D., by their attorneys, Michael Best & Friedrich LLP, that this action, and all claims herein, is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice and without attorneys' fees or costs to either party.  It is further stipulated that Defendant DePaul University's Petition for Fees (Dkt. 188) is hereby withdrawn.

Dated: July 14, 2015            Respectfully submitted,

           Plaintiff Namita Goswami

By:    /s/ Carrie Herschman
       One Of Her Attorneys

       Defendants DePaul University, Peg Birmingham, Ph.D., and Elizabeth Rottenberg, Ph.D.

By:    /s/ Amy Schmidt Jones
       One Of Their Attorneys

Kerryann M. Haase
Amy Schmidt Jones
Sarah E. Flotte
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 2000
Chicago, Illinois 60601
Telephone: (312) 222-0800
Facsimile: (312) 222-0818

Carrie A. Herschman
Choate Herschman LLC
401 S. LaSalle Street, Suite 1302-G
Chicago, IL 60605
Telephone: (312) 870-5800
Facsimile: (312) 674-7421

Stuart David Gordon
Law Offices of Stuart D. Gordon
330 North Wabash, Suite 2100
Chicago, Illinois 60611
Telephone: (312) 377-4455

Richard M. Karr
Karr and Eggert LLP
180 N. LaSalle Street, Suite 3700
Chicago, Illinois 60601
Telephone: (312) 377-4450

2

## ORDER

After consideration of the foregoing Stipulation of the Parties, it is hereby ORDERED that the Stipulation is approved; and it is further ORDERED that this action is hereby dismissed in its entirety with prejudice and without attorneys' fees or costs to either party. Defendant's Petition for Fees (Dkt. 188) is deemed withdrawn.

Dated:   Chicago, Illinois
         July ___, 2015

**BY THE COURT:**

_____
Jeffrey Cole
United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2015, I electronically filed the foregoing *Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Without Costs or Fees* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Stuart David Gordon**
Law Offices of Stuart D. Gordon
330 N. Wabash, Suite 2100
Chicago, IL 60611

**Kerryann Haase Minton**
**Amy Schmidt Jones**
**Sarah E. Flotte**
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 2000
Chicago, Illinois 60601

**Richard M. Karr**
Karr and Eggert LLP
180 N. LaSalle Street, Suite 3700
Chicago, Illinois 60601
Telephone: (312) 377-4450

      /s/ Carrie Alice Herschman
      Attorney for Plaintiff
      Choate Herschman LLC
      401 S. LaSalle Street, Suite 1302-G
      Chicago, IL 60605
      Telephone: (312) 870-5800
      Facsimile: (312) 674-7421

025098-0091\17440574.1
7/7/15