IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Namita Goswami, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12 CV 7167 |
| | ) | |
| v. | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| DePaul University, Peg Birmingham, | ) | Jury Trial Demanded |
| and Elizabeth Rottenberg, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

Please take notice that on July 14, 2015, I filed the attached stipulation of dismissal, a copy of which was served upon counsel of record.

Dated: July 14, 2015                Respectfully submitted,

                                    Plaintiff Namita Goswami

                                    By:    /s/ Carrie Herschman
                                           One Of Her Attorneys

Carrie A. Herschman
Choate Herschman LLC
401 S. LaSalle Street, Suite 1302-G
Chicago, IL  60605
Telephone:  (312) 870-5800
Facsimile:  (312) 674-7421

Stuart David Gordon
Law Offices of Stuart D. Gordon
330 North Wabash, Suite 2100
Chicago, Illinois  60611
Telephone:  (312) 377-4455

Richard M. Karr
Karr and Eggert LLP
180 N. LaSalle Street, Suite 3700
Chicago, Illinois 60601
Telephone:  (312) 377-4450

## CERTIFICATE OF SERVICE

        I hereby certify that on July 14, 2015, I electronically filed the foregoing *Notice of Filing of the Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Without Costs or Fees* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| **Stuart David Gordon**<br>Law Offices of Stuart D. Gordon<br>330 N. Wabash, Suite 2100<br>Chicago, IL 60611 | **Kerryann Haase Minton**<br>**Amy Schmidt Jones**<br>**Sarah E. Flotte**<br>Michael Best & Friedrich LLP<br>Two Prudential Plaza<br>180 N. Stetson Ave., Suite 2000<br>Chicago, Illinois 60601 |
| **Richard M. Karr**<br>Karr and Eggert LLP<br>180 N. LaSalle Street, Suite 3700<br>Chicago, Illinois 60601<br>Telephone: (312) 377-4450 | |

                                                            /s/ Carrie Alice Herschman
                                                            Attorney for Plaintiff
                                                            Choate Herschman LLC
                                                            401 S. LaSalle Street, Suite 1302-G
                                                           Chicago, IL  60605
                                                           Telephone:  (312) 870-5800
                                                           Facsimile:  (312) 674-7421