UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Namita Goswami
                          Plaintiff,

v.                                        Case No.: 1:12–cv–07167
                                                        Honorable Jeffrey Cole

DePaul University, et al.
                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2015:

      MINUTE entry before the Honorable Jeffrey Cole: Pursuant to stipulation, this case is dismissed pursuant to FRCP 41(a0(1)(A)(ii). Defendant's petition for fees is withdrawn. Pretrial order submission date of 9/1/2015, trial date of 10/13/2015, and final pretrial conference date of 9/15/2015 are stricken.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.